

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2018

No. 04-16-00593-CV

Alvin M. **Burns** and I.M. Burns,
Appellants

v.

**Dimmit County, Texas**, Roberto Ramirez, and Edward Dryden,
Eusebio Cantu Torres, Eusebio Torres, Jr., Gladiator Energy Services, LLC,
Hope Balderas, Juan Morales Balderas, and Lucia Balderas Lopez,
Appellees

From the 293rd Judicial District Court, Dimmit County, Texas
Trial Court No. 12-07-11738-DCV
Honorable David Peeples, Judge Presiding

## O R D E R

The Appellants' and Cross-Appellants' Motion to Extend Time to File Appellants' and Cross-Appellants' Reply Briefs is hereby GRANTED. Time is extended to April 2, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court